IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION



UNITED STATES OF AMERICA

V.                                         MAGISTRATE NO. 2:05mj514

TONY ERVIN

### ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States Attorney for the Southern District of Mississippi hereby dismisses the Criminal Complaint against the defendant, TONY ERVIN, without prejudice.

DUNN LAMPTON
United States Attorney

By: _____
GLENDA R. HAYNES
Assistant U.S. Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

ORDERED this 28TH day of NOV., 2005.

_____
UNITED STATES MAGISTRATE JUDGE